IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARRY BRODSKY, individually and on behalf of others similarly situated | § § § § | |
| Plaintiff, | § § | NO. 3-09-CV-2066-F |
| VS. | § § | |
| MATCH.COM LLP, ET AL. | § § | |
| Defendants. | § § | |

## ORDER

Defendants have filed separate motions to dismiss plaintiffs' third amended complaint and to strike plaintiffs' class allegations. If the motion to dismiss is granted, there is no need to decide whether this case can proceed as a class action. The court therefore denies without prejudice defendants' motion to strike class allegations [Doc. #50]. Defendants may refile their motion, if necessary, after the court rules on the motion to dismiss.

Plaintiffs shall file a response to the motion to dismiss by **April 22, 2010.** Defendants may file a reply by **May 7, 2010.** The briefing limitations and other requirements of N.D.Tex. LCivR 7.1(d) & 7.2 shall apply to all pleadings.

SO ORDERED.

DATED: March 25, 2010.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE