UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

BARRY BRODSKY, JEANNE
SNYDER, PAM BLANKENSHIP,
and TERRY SMITH individually
and on behalf of others similarly
situated,

Plaintiffs

vs.

MATCH.COM L.L.C.,
IAC/INTERACTIVECORP,
JANE DOE, JOHN DOE, ET AL.

Defendants.

3:09-cv-2066-F-BD

NOTICE OF VOLUNTARY
DISMISSAL

Pursuant to provisions of Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Barry Brodsky, Jeanne Snyder, Pam Blankenship, and Terry Smith, voluntarily dismiss without prejudice the above-entitled action filed on June 9, 2009.

DATED: October 6, 20091O

BY:
Norah Hart (NH 5153)
TREUHAFT & ZAKARIN LLP

Norah Hart, Esq.
Miriam Zakarin, Esq.
TREUHAFT & ZAKARIN LLP
1011 Avenue of the Americas, 4th Floor
New York, New York, 10018
Facsimile: (646) 537-2662
ATTORNEY FOR PUTATIVE PLAINTIFFS CLASS

2

Attorney for the Plaintiffs of the Putative Class
1011 Avenue of the Americas, 4th Floor
New York, New York 10018
Tel: (212) 897-5865
Fax: (646) 537-2662
Email: nhart@treulaw.com

To:
John Cuti, Esq.
Elisa Miller, Esq.
DAVIS WRIGHT TREMAINE LLP
Counsel for Defendants
1633 Broadway, 27th Floor
New York, NY 10019
Tel: (212) 603-6436
Fax: (212) 489-8340
Email:

To:
M. Scott Barnard
Texas Bar No. 24001690
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Email: sbarnard@akingump.com